# ALPHA REPORTING SERVICE

**Invoice**

Visit our web site at www.alphareportingservice.com
3230-G South National

Springfield, MO 65807
Phone: (417) 887-4110   Fax: (417) 889-4246

| Invoice Date | Invoice # |
|---|---|
| Thursday, June 30, 2011 | 16256FNT |

John W. Housley
LOWTHER JOHNSON
901 St. Louis, 20th Floor
Springfield, MO 65806

Phone: (417) 866-7777   Fax: (417) 866-1752

| | |
|---|---|
| **Witness:** | see below |
| **Case:** | Burlison v Springfield Public Schools |
| **Venue:** | USDC |
| **Case #:** | 6:10-CV-03395-JCE |
| **Date:** | 6/17/2011 |
| **Start Time:** | 9:00 AM |
| **End Time:** | |
| **Reporter:** | Kathy Johnson |
| **Claim #:** | |
| **File #:** | 4509TRN |

**Description**

1/2 cost taking & transcribing the depos of
Connor & Hannah Mizer; Mellony & Doug Burlison
with scanned exhibits

| | |
|---|---|
| **Sub Total** | $459.80 |
| **Payments** | $0.00 |
| **Balance Due** | $459.80 |

**Fed. I.D. # 20-3999294**

# ALPHA REPORTING SERVICE

Invoice

visit our web site at www.alphareportingservice.com

3230-G South National

Springfield, MO 65807
Phone: (417) 887-4110  Fax: (417) 889-4246

| Invoice Date | Invoice # |
|---|---|
| Friday, June 10, 2011 | 1574SHN |

John W. Housley
LOWTHER JOHNSON
901 St. Louis, 20th Floor
Springfield, MO 65806

Phone: (417) 866-7777  Fax: (417) 866-1752

| | |
|---|---|
| Witness: | Record of Proceedings |
| Case: | Burlison v Springfield Public Schools |
| Venue: | USDC |
| Case #: | 6:10-CV-03395-JCE |
| Date: | 6/10/2011 |
| Start Time: | 9:30 AM |
| End Time: | |
| Reporter: | Paula Johnson |
| Claim #: | |
| File #: | 4497TRN |

| Description | |
|---|---|
| 1/2 cost taking & transcribing the above with scanned exhibits | |
| Sub Total | $47.61 |
| Payments | $0.00 |
| Balance Due | $47.61 |

Fed. I.D. # 20-3999294